# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00957-CV

---

**In re Tereza Kacerova**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

Relator petitions for mandamus relief directing the trial court to hold a hearing on Relator's petition for a writ of habeas corpus, but the trial court heard and denied the petition, and we construe the mandamus petition as not raising any issue about the merits of the trial court's denial.[1]  The petition for a writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a), (d).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Filed:  December 12, 2025

---

[1]  A "hearing," when referred to in statutes or rules, and without more, does not require any in-person appearance by litigants or any oral presentations to the court.  *See Enriquez v. Livingston*, 400 S.W.3d 610, 616 (Tex. App.—Austin 2013, pet. denied); *Sakonchick v. Overlook at Rob Roy Owner, LLC*, No. 03-23-00085-CV, 2025 WL 626590, at *18 (Tex. App.—Austin Feb. 27, 2025, pet. denied) (mem. op.).  This default rule applies in the context of the SAPCR title of the Family Code.  *See Attorney Gen. v. Orr*, 989 S.W.2d 464, 468 n.3 (Tex. App.—Austin 1999, no pet.).